IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHNNY MILES, as surviving parent of Abdul Jabar Furcron, individually, and as personal representative of the Estate of Abdul Jabar Furcron, deceased,

    Plaintiff,

v.

CITY OF HAZLEHURST, GEORGIA, et al.,

    Defendants.

CIVIL ACTION NO.: 2:21-cv-132

**O R D E R**

This matter is before the Court on Defendants City of Hazlehurst, Phillip Bennett, and Jose Zamora's Motion to Stay Discovery. Doc. 9. In the interest of efficiency, Defendants request the Court stay discovery until the resolution of their motion to dismiss. Id. at 2.

However, since Defendants filed this Motion and the motion to dismiss, Plaintiff filed an Amended Complaint as a matter of course pursuant to Rule 15(a)(1)(B). Plaintiff's Amended Complaint supersedes his original Complaint. See Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006). Thus, the Court denied as moot Defendants' motion to dismiss. Doc. 14.

Defendants based their motion to stay solely to prevent undue burden and expense while the motion to dismiss was pending. Doc. 9 at 2. The Court has ruled on their motion. Doc. 14

at 2.  For this reason, the Court hereby **DENIES as moot** Defendants' Motion.

**SO ORDERED**, this 11th day of February, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA